UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMAS AFEWORKI, | ) CASE NO.: C06-0628-MJP-MAT |
| Plaintiff, | ) |
| v. | ) ORDER DENYING PLAINTIFF'S |
| | ) MOTION FOR DEFAULT |
| STEVE THOMPSON, et al., | ) JUDGMENT |
| Defendants. | ) |

Plaintiff, proceeding *pro se* in this action pursuant to 42 U.S.C. § 1983, has filed a motion for default judgment. (Dkt. #23). Defendants have filed a response. (Dkt. #24). Having considered the motion and the response, and the balance of the record, the Court does hereby find and Order as follows:

(1) Plaintiff signed his motion for default judgment on October 5, 2006. (Dkt. #23 at 1). Defendants filed their answer that same day. (Dkt. #20). Apparently, plaintiff filed his motion before he received a copy of defendants' answer; consequently, he was unaware that defendants had filed their answer in a timely fashion. Because defendants have filed their answer, plaintiff's motion for default judgment (Dkt. #23) is DENIED.

ORDER DENYING PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT
PAGE -1

01       (2)    The Clerk shall send copies of this Order to plaintiff, to counsel for defendants, and

02 to the Honorable Marsha J. Pechman.

03       DATED this <u>23rd</u> day of October, 2006.

04

05                                   _____
                                      Mary Alice Theiler
06                                    United States Magistrate Judge

07

08

[lines 09–22 blank]

ORDER DENYING PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT
PAGE -2