UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMAS AFEWORKI, | CASE NO. C06-0628-MJP-MAT |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |
| STEVE THOMPSON, et al., | |
| Defendants. | |

Plaintiff, proceeding *pro se* in this action pursuant to 42 U.S.C. § 1983, has filed a motion for reconsideration of the Court's Order of October 23, 2006, denying plaintiff's prior motion for default judgment. (Dkt. #25). In his motion for reconsideration, plaintiff contends that the Court erred when the Court found that the motion should be denied because defendants had timely filed their answer. (Dkt. #26). Plaintiff also objects to his case being referred for non-dispositive matters to a United States Magistrate Judge. Having considered the motion for reconsideration, and the balance of the record, the Court does hereby find and Order as follows:

(1) The Court stated in the Order denying plaintiff's motion for default that defendants' answer was timely because it was filed on October 5, 2006. Upon further review, it appears that

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION
PAGE -1

this statement was inaccurate in two respects: First, defendants actually filed the answer on October 4, 2006, and second, it appears that the answer was due by October 3, 2006. Thus, while plaintiff is correct in his assertion that the answer was filed late, he does not show or even argue that he suffered any prejudice by the one-day delay. Because default judgments are disfavored, the Court declines to alter its previous conclusion based upon this minor delay. *See Direct Mail Specialists, Inc. v. Eclat Computerized*, 840 F.2d 685, 689 (9th Cir. 1988).

(2) Regarding plaintiff's objection to the referral of this case to a Magistrate Judge, plaintiff is advised that authority for such referral derives from 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rules MJR 3 and 4. Plaintiff is further advised that decisions on dispositive motions, such a motion for summary judgment, will be made by a District Judge, upon review of a Report and Recommendation issued by the Magistrate Judge.

(3) The Clerk shall send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Marsha J. Pechman.

DATED this <u>2nd</u> day of November, 2006.

Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION
PAGE -2